588 A.2d 461

JOHN L. NAUGHTON, PLAINTIFF–APPELLANT, v. ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF SPRING LAKE; NELSON A. CAMP, INDIVIDUALLY AND TRADING AS LA MAISON GUEST HOUSE; BARBARA FURDYNA–CAMP, INDIVIDUALLY AND TRADING AS LA MAISON GUEST HOUSE; HEWITT WELLINGTON ASSOCIATION; COS–LIN, INC.; AND THE STATE OF NEW JERSEY, DEFENDANTS–RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued January 16, 1991—Decided February 6, 1991.

Before Judges LONG, R.S. COHEN and STERN.

*Sandra DeSarno Hlatky* argued the cause for appellant (*Shebell & Schibell*, attorneys, *Richard D. Schibell* of counsel and *Sandra DeSarno Hlatky* on the brief).

*Roger J. McLaughlin* argued the cause for respondent Hewitt Wellington (*Gilroy, Cramer & McLaughlin*, attorneys, *William P. Gilroy* on the brief).

*John L. Bonello* argued the cause for respondent Cos–Lin, Inc. (*Wilentz, Goldman & Spitzer*, attorneys, *John L. Bonello* of counsel and on the brief).

*John J. Chernoski*, Deputy Attorney General, argued the cause for respondent State of New Jersey (*Robert J. Del Tufo*, Attorney General, attorney, *Michael R. Clancy*, Assistant Attorney General, of counsel and *John J. Chernoski* on the brief).

PER CURIAM.

Plaintiff attacks the constitutional validity of *L.* 1989, *c.* 67, *N.J.S.A.* 40:55D–68.1 to 68.3. He argues that it is special legislation and violates the constitutional guarantees of due process and equal protection. The Law Division granted summary judgment dismissing the complaint. We affirm substantially for the reasons expressed by Judge Burton L. Fundler in

650.

his opinion of October 20, 1989, which may be found at 246 *N.J.Super.* 644, 588 *A.*2d 459.